**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Louis Curry, | No. CV 05-3490-PHX-JAT |
| Plaintiff, | **ORDER** |
| vs. | |
| The Honorable R. James Nicholson, Secretary of United States Department of Veterans Affairs Agency, | |
| Defendant. | |

On March 13, 2006, this Court entered a minute entry ordering the Plaintiff to Appear on March 29, 2006, and show cause why this case should not be dismissed for failure to serve the Defendant. The Plaintiff failed to appear at the hearing. As a result, on March 30, 2006, the Court dismissed this case without prejudice. On April 13, 2006, the Plaintiff filed a Motion for Reconsideration. The Plaintiff did not receive notice of the show cause hearing. Further, the Plaintiff attached an exhibit showing proof of service.

///

1   Having considered the Plaintiff's Motion for Reconsideration, and good cause
2 appearing therein,
3   IT IS ORDERED GRANTING the Plaintiff's Motion for Reconsideration (doc. 10).
4   IT IS FURTHER ORDERED setting aside this Court's Orders dismissing this case
5 (docs. 8, 9).
6   IT IS FURTHER ORDERED the Clerk of the Court shall re-open this case.
7   IT IS FURTHER ORDERED the Plaintiff shall separately file the appropriate proof
8 of service.
9   DATED this 10th day of May, 2006.

_____
James A. Teilborg
United States District Judge